PD-0748&0749-15

In The

Court of Criminal Appeals

Austin, Texas

---

Bernard Torres Jr.

V.

The State of Texas

RECEIVED IN
COURT OF CRIMINAL APPEALS

JUN 19 2015

Abel Acosta, Clerk

---

From Appeal No. 14-14-00006-CR
14-14-00007-CR

Trial Cause No. 1377519
1377520

Harris County, Texas

FILED IN
COURT OF CRIMINAL APPEALS

JUN 19 2015

Abel Acosta, Clerk

First Motion For Extension Of Time To File

Petition For Discretionary Review

To The Honorable Judges Of The Court Of Criminal Appeals:

Comes Now, Bernardo Torres Jr., Pro Se, And Files This Motion For An Extension Of Sixty (60) Days In Which To File A Petition For Discretionary Review. In Support Of This Motion, Appellant Shows The Court The Following:

## I.

The Petitioner was convicted in the 232ND District Court of Harris County, Texas of the offense of Possession of a Controlled Substance in Cause No. 1377519, 1377520, Styled State of Texas V. Bernardo Torres Jr. The Petitioner appealed to the Court of Appeals, 14TH Supreme Judicial District. The case was affirmed on May 12, 2015.

## II.

The present deadline for filing the petition for discretionary review is June 11TH, 2015. The Petitioner has not requested any extension prior to this request.

## III.

Petitioner's request for an extension is based upon the following facts: Petitioner was not informed of the decision of the Court of Appeals in affirming his case until May, 2015, 19TH day. Since that time Petitioner has been attempting to gain legal representation in this matter. His attorney on the appeal, Patti Sedita, has informed Petitioner that he will not represent him on the petition for discretionary review.

Wherefore, Petitioner prays this court grant this motion and extend the deadline for filing the petition for discretionary review in case No. 14-14-00006 14-14-00007, to August 11TH, 2015.

_Bernardo Torres Jr._
Petitioner, Pro Se

Texas Department of Criminal Justice
# Gist Unit
TDCJ # 1899009

# CERTIFICATE OF SERVICE

I CERTIFY THAT A TRUE AND CORRECT COPY OF THE ABOVE AND FOREGOING FIRST MOTION FOR EXTENSION OF TIME TO FILE A PETITION FOR DISCRETIONARY REVIEW, HAS BEEN FORWARDED BY U.S. MAIL, POSTAGE PREPAID, FIRST CLASS, TO THE ATTORNEY FOR THE STATE, DEVON ANDERSON, AT 1201 FRANKLIN SUITE 600, HOUSTON, TX 77002, AND THE STATE PROSECUTING ATTORNEY, P.O. BOX 12405, AUSTIN, TX 78711 ON THIS THE 10TH DAY OF JUNE 2015.

_____
PETITIONER, PRO SE

I, BERNARDO TORRES, JR. #1899004, BEING PRESENTLY INCARCERATED IN THE GIST UNIT OF THE TEXAS DEPARTMENT OF CRIMINAL JUSTICE IN HARRIS COUNTY, TEXAS, VERIFY AND DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING STATEMENTS ARE TRUE AND CORRECT. EXECUTED ON THIS THE 10TH DAY OF JUNE 2015.

_____
TDCJ #1899004